PROB 12C
(7/93)

Report Date: March 8, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 08 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Elizabeth Rae St John     Case Number: 2:10CR06061-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 4/14/2011

| | |
|---|---|
| Original Offense: | Obstruction of Mails Generally, 18 U.S.C. § 1701 |
| Original Sentence: | Probation - 12 Months |
| Asst. U.S. Attorney: | Jane M. Kirk |
| Defense Attorney: | Diane Hehir |

Type of Supervision: Probation

Date Supervision Commenced: 4/14/2011

Date Supervision Expires: 4/13/2012

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: The defendant shall complete 100 hours of community service work as directed by the supervising probation officer at a not-for-profit site approved in advance by the supervising officer. The hours are to be completed in full as directed by the supervising officer. |

**Supporting Evidence**: Elizabeth St. John is considered in violation of her term of probation by failing to comply with her community service hours as directed by her supervising probation officer.

Ms. St. John was required to complete 100 hours of community service as directed by her probation officer. At the time of her probation intake, the defendant agreed to complete no less than 10 hours per month in order to finish her hours before March 2012. Ms. St. John was to complete her community service hours with Habitat for Humanity in Pasco, Washington. Ms. St. John began her hours in October 2011, at which time she completed 4 hours. The defendant advised this officer she would complete a large portion of her hours during her winter break from school. Ms. St. John completed 12 hours during the month of January 2012. At this time, the defendant has completed a total of 16 community service hours and has 84 hours remaining. Her term of probation is set to expire on April 13, 2012. Ms. St. John stated she does not believe she can complete the hours with the remaining term of probation.

Prob12C
Re: St John, Elizabeth Rae
March 8, 2012
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons for the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/08/2012

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

March 8, 2012
Date